| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Rabin J. Pournazarian, SBN 186735<br>Price Law Group, APC<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91316<br>Telephone: (818) 995-4540<br>Facsimile: (818) 995-9277<br>Email: rabin@pricelawgroup.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* Debtor<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 31 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** rust        **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –NORTHERN DIVISION**

| In re:<br><br>Anthony Adragna, III<br>Teresa Louise Adragna<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:18-bk-11270-RC<br><br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☒ **OTHER: DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**<br><br>Hearing Date, Time and Place:<br><br>DATE:            June 14, 2023<br>TIME:            11:00 a.m.<br>COURTROOM: 5D<br>PLACE:          411 West Fourth Street<br>                       Santa Ana, CA 92701 |
|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 1                                          **F 3015-1.14.ORDER.CH13.GENRL**

Based on Debtors' motion filed on 5/11/2023 as docket entry number 84, it is ordered that Debtors' motion is:

Set for hearing on **June 14, 2023 at 11:00 a.m.** Both Debtors and their counsel, and the Chapter 13 Trustee, are to appear at the hearing, although appearances may be made by Zoom, by video (there shall be no call-ins, all Zoom appearances will require video). The Debtors have approximately 27 payments left to make under their confirmed plan, totaling more than $45,000. The Debtors' plan has been modified previously by the Court on no less than three (3) occasions. *See* Docket Nos. 31, 50 and 62. The Debtors, with more than two years remaining on plan payments, and having requested, and been granted (1) suspensions of plan payments, and (2) extensions of the term of the plan, seek approval to incur debt to purchase a 2023 Jeep, which will ultimately cost $85,544.04.

The Motion shall be augmented on or before June 1, 2023, with declaration(s) and admissible evidence of the efforts of the Debtors to seek out less expensive alternatives to the $85,000 2023 Jeep Gladiator. The Debtors shall attest to, and provide admissible evidence of their need to purchase a replacement vehicle at this juncture. If the Debtors' income has increased substantially since the most recent modification of their plan by the Court, the Court will require evidence of how the Debtors are making their best efforts to repay their creditors under their plan.

###

Date: May 31, 2023

Ronald A. Clifford III
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3015-1.14.ORDER.CH13.GENRL**